

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Casa Palmira, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Taylor Child Care, L.P. a/k/a Taylor Child Care, Limited, and Michael W. Hicks, | § | of El Paso County, Texas |
| | § | (TC# 2015DCV1729) |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued April 18, 2018. The appeal is therefore reinstated, and the Appellant's brief is now due November 18, 2018.

IT IS SO ORDERED this 19th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.